FILED

03/26/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0641

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0641

_____

REECE KALFELL and TRISHA KALFELL,

     Plaintiffs and Appellees,

     v.                                                                          O R D E R

ABC SEAMLESS OF BILLINGS, INC.,

     Defendant and Appellant.

_____

     Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

     The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Donald L. Harris, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 26 2020